

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>REYNALDO F. MARQUES, ANNE MARQUES, RICARDO F. MARQUES, TODD WETZELBERGER, EQUITABLE TRUSTEE SERVICES MANAGEMENT TRUST and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:17-cv-05534-SVW-MRW<br><br>[PROPOSED] JUDGMENT |

The Court hereby ORDERS, ADJUDGES AND DECREES that.

1. The Substitution of Trustee recorded with the Los Angeles County Recorder's Office on October 25, 2011 as Instrument Number 20111440098 is cancelled *nunc pro tunc* and declared void *ab initio*.

2. The Deed of Full Reconveyance recorded with the Los Angeles County Recorder's Office on October 28, 2011 as Instrument Number 20111461289 is cancelled *nunc pro tunc* and declared void *ab initio*.

3. Plaintiff's Deed of Trust recorded with the Los Angeles County Recorder's Office on November 10, 2005 as Instrument Number 05 2725316, is hereby

1

reinstated as a valid first priority, fully enforceable Deed of Trust to the real property commonly known as 2117 Grant Avenue, Unit 3, Redondo Beach, California 90278, and legally described as follows:

A CONDOMINIUM COMPRISED OF:

(A) AN UNDIVIDED ONE-THIRD INTEREST IN PARCEL 1 OF PARCEL MAP NO. 14028, IN THE CITY OF REDONDO BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 137, PAGE 85 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE FOLLOWING:

1. UNITS THROUGH 3 AS SHOWN AND DEFINED UPON THE CONDOMINIUM PLAN RECORDED DECEMBER 29, 1981, AS INSTRUMENT NO. 81-1268459, OFFICIAL RECORDS OF SAID COUNTY.

2. THE EXCLUSIVE RIGHT OF POSSESSION OF ALL THOSE RESTRICTED COMMON AREAS DESIGNATED AS GARAGES ("G"), DECKS ("D"), PATIOS ("P") AND BALCONIES ("L") AS SHOWN AND DEFINED UPON THE CONDOMINIUM PLAN ABOVE REFERRED TO.

(B) UNIT 3, AS SHOWN UPON THE CONDOMINIUM PLAN ABOVE REFERRED TO.

(C) THE EXCLUSIVE RIGHT TO POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF PARCEL 1 DESCRIBED IN (A) ABOVE, DESIGNATED AS D-3, G-3, L-3 AND P-3, AS APPURTENANT TO (A) AND (B) DESCRIBED ABOVE.

Dated: 3/7/18

By: _____
Hon. Stephen V. Wilson
Central District of California